# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-19-00759-CV

**Cathy Brigham, Appellant**

**v.**

**Akbar Amin-Akbari, and 11907 Rennalee Loop, Austin, Texas 78753, Appellees**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-006376, THE HONORABLE JAMES LEE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Cathy Brigham has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Appellant's Motion

Filed:   November 22, 2019